IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
APR 4 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07-CR-78-WHA |
| | ) | [17 U.S.C. § 506(a)(1); |
| DANIEL ABANATHEY | ) | 18 U.S.C. § 2319(a)&(b)(1)] |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

That on or about October 15, 2005, within the Middle District of Alabama,

DANIEL ABANATHEY,

defendant herein, did willfully and for purposes of commercial advantage and private financial gain, infringe the copyright of copyrighted works, to-wit: motion pictures, in that DANIEL ABANATHEY did reproduce or distribute approximately five hundred or more copies of various copyrighted works, with a total retail value of $2,500.00 or more, in a one hundred eighty (180) day period, without the authorization of the copyright holder, in violation of Title 17, United States Code, Section 506(a)(1), and Title 18, United States Code, Sections 2319(a) & (b)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
VERNE H. SPEIRS
Assistant United States Attorney