**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | **CR. NO. 3:07-CR-78-WHA** |
| ) | |
| **ABANATHEY, DANIEL** ) | |
|    **Defendant.** ) | |

## NOTICE OF ATTORNEY APPEARANCE

**COMES NOW, JOSEPH WILEY, JR.,** and hereby enters his appearance as Attorney of Record for the above named defendant in the above styled cause and request that all further communication relevant to said Defendant be directed to said attorney at the below indicated address.

This the 17th day of May, 2007.

Respectfully submitted,

s/Joseph Wiley, Jr.
Wiley Attorney
Bar Number: ASB-2775-166J
Attorney for Defendant
JOSEPH WILEY AND ASSOCIATES
804 Second Avenue
PO Box 2036
Columbus, Georgia 31902-2036
Phone:  (706) 327-2962
Fax:     (706) 327-2968
E-mail:  josephwiley@knology.net

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | **CR. NO. 3:07-CR-78-WHA** |
| ) | |
| **ABANATHEY, DANIEL** ) | |
|     **Defendant.** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following: Vern Spear.

        Respectfully submitted,

        s/Joseph Wiley, Jr.
        Wiley Attorney
        Bar Number: ASB-2775-166J
        Attorney for Defendant
        JOSEPH WILEY AND ASSOCIATES
        804 Second Avenue
        PO Box 2036
        Columbus, Georgia 31902-2036
        Phone:  (706) 327-2962
        Fax:     (706) 327-2968
        E-mail:  josephwiley@knology.net