IN THE UNITED STATAES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO |
| | ) | 3:07-CR-78-1 |
| DANIEL ABANATHEY | ) | |
| | ) | |
| | ) | |

NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW, DANIEL ABANATHEY**, by and through his counsel of record and file this notice that he intends to change his current plea of not guilty and to enter a guilty plea to the indictment.

This the 7th day of June 2007.

Respectfully submitted,

s/Joseph Wiley, Jr.
Wiley Attorney
Bar Number: ASB-2775-166J
Attorney for Defendant

JOSEPH WILEY AND ASSOCIATES
804 Second Avenue
PO Box 2036
Columbus, Georgia 31902

Phone: (706) 327-2962
Fax:  (706) 327-2968

E-mail: josephwiley@knology.net

### IN THE UNITED STATAES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | **CRIMINAL ACTION NO** |
| | ) | **3:07-cr-78-1** |
| DANIEL ABANATHEY | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2007, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system that will send notification of such filing to the

following: Verne H. Speirs

                                         Respectfully submitted,

                                         s/Joseph Wiley, Jr.
                                         Wiley Attorney
                                         Bar Number: ASB-2775-166J
                                         Attorney for Defendant

                                         JOSEPH WILEY AND ASSOCIATES
                                         804 Second Avenue
                                         PO Box 2036
                                         Columbus, Georgia 31902

                                         Phone: (706) 327-2962
                                         Fax:  (706) 327-2968

                                         E-mail: josephwiley@knology.net