**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL ACTION NO.** |
| | ) | **3:07CR78-WHA** |
| **DANIEL ABANATHEY** | ) | |

**MOTION TO CONTINUE**

     **COMES NOW, DANIEL ABANATHEY,** by and through his Attorney of Record and files this his Motion To Continue and shows the Court as follows:

1.

     Defendant's case is currently scheduled for pre-trial conference on July 2, 2007 and due to be called for trial on July 9, 2007.

2.

     However Defendant has filed a "Notice of Intent to Change Plea" and has made a formal request through the U. S. Attorney's Office to be considered for pre-trial diversion.

3.

In communication with the U. S. Attorney, Defense Counsel has been advised that a decision on the request is not expected prior to the currently scheduled trial date.

4.

     If the Defendant is not successful in obtaining pre-trial diversion treatment this matter is still not expected to be a jury trial.

     **WHEREFORE** Defendant prays that the Court enter a continuance as to the

dates set in this matter as described above.

    This the 22 day of June 2007.

                    Respectfully submitted,

                    S/Joseph Wiley, Jr.
                    Wiley Attorney
                    Bar Number:  ASB-2775-166J
                    Attorney for Defendant

                    JOSEPH WILEY, JR. AND ASSOCIATES
                    804 Second Avenue
                    P.O. Box 2036
                    Columbus, Georgia 31902-2036

                    Phone: (706) 327-2962
                    Fax:     (706) 327-2968

                    E-mail: josephwiley@knology.net