**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL ACTION NO.** |
| | ) | **3:07CR78-WHA** |
| **DANIEL ABANATHEY** | ) | |

## MOTION TO CONTINUE

**COMES NOW, DANIEL ABANATHEY,** by and through his Attorney of Record and files this his Motion To Continue and shows the Court as follows:

1.

Defendant's case is currently scheduled for pre-trial conference on July 2, 2007 and due to be called for trial on July 9, 2007.

2.

However Defendant has filed a "Notice of Intent to Change Plea" and has made a formal request through the U. S. Attorney's Office to be considered for pre-trial diversion.

3.

In communication with the U. S. Attorney, Defense Counsel has been advised that a decision on the request is not expected prior to the currently scheduled trial date.

4.

If the Defendant is not successful in obtaining pre-trial diversion treatment this matter is still not expected to be a jury trial.

**WHEREFORE** Defendant prays that the Court enter a continuance as to the

dates set in this matter as described above.

       This the 22 day of June 2007.

                                              Respectfully submitted,

                                              S/Joseph Wiley, Jr.
                                              Wiley Attorney
                                              Bar Number:  ASB-2775-166J
                                              Attorney for Defendant

                                              JOSEPH WILEY, JR. AND ASSOCIATES
                                              804 Second Avenue
                                              P.O. Box 2036
                                              Columbus, Georgia 31902-2036

                                              Phone: (706) 327-2962
                                              Fax:    (706) 327-2968

                                              E-mail: josephwiley@knology.net

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CRIMINAL ACTION NO.** |
| ) | **3:07-CR78-WHA** |
| **DANIEL ABANATHEY** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following: Verne H. Speirs.

      Respectfully submitted,

      S/Joseph Wiley, Jr.
      Wiley Attorney
      Bar Number: ASB-2775-166J
      Attorney for Defendant

      JOSEPH WILEY, JR. AND ASSOCIATES
      804 Second Avenue
      P.O. Box 2036
      Columbus, Georgia 31902-2036

      Phone: (706) 327-2962
      Fax:    (706) 327-2968

      E-mail: josephwiley@knology.net