IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 3:07cr078-WHA |
| DANIEL ABANATHEY | ) | |

## ORDER

This case is before the court on the Motion to Continue (Doc. #16), filed by the Defendant on June 22, 2007. For the reason that additional time is needed for consideration of the possibility of pretrial diversion, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that the trial of this case is CONTINUED from the term of court commencing July 9, 2007, and RESET for the term of court commencing August 6, 2007.

DONE this 27th day of June, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE