**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL ACTION NO.** |
| | ) | **3:07CR78-WHA** |
| **DANIEL ABANATHEY** | ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

**COMES NOW, DANIEL ABANATHEY,** by and through his Attorney of

Record and files this notice that he intends to change his current pleaa of not guilty and to

enter a guilty plea to the indictment.

This the 26th day of July 2007.

> Respectfully submitted,
>
> S/Joseph Wiley, Jr.
> Wiley Attorney
> Bar Number:  ASB-2775-166J
> Attorney for Defendant
>
> JOSEPH WILEY, JR. AND ASSOCIATES
> 804 Second Avenue
> P.O. Box 2036
> Columbus, Georgia 31902-2036
>
> Phone: (706) 327-2962
> Fax:    (706) 327-2968
>
> E-mail: josephwiley@knology.net

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL ACTION NO.** |
| | ) | **3:07-CR78-WHA** |
| **DANIEL ABANATHEY** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2007, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system that will send notification of such filing to the

following:  Verne H. Speirs.


Respectfully submitted,

S/Joseph Wiley, Jr.
Wiley Attorney
Bar Number:  ASB-2775-166J
Attorney for Defendant

JOSEPH WILEY, JR. AND ASSOCIATES
804 Second Avenue
P.O. Box 2036
Columbus, Georgia 31902-2036

Phone: (706) 327-2962
Fax:    (706) 327-2968

E-mail: josephwiley@knology.net