IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

UNITED STATES OF AMERICA    )
                            )
   v                        )       CRIMINAL ACTION NO.
                            )       3:07CR78-WHA
DANIEL ABANATHEY            )

ORDER

Upon the defendant's Notice of Intent to Change Plea (Doc. 20, filed 7/26/2007, it is

ORDERED that this case is set for proceedings pursuant to Rule 11 of the Federal Rules of Criminal Procedure on Thursday, 8/2/2007 at 3:30 p.m., Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

DONE this 31st Day of July, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE