IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:07CR78-WHA |
| DANIEL ABANATHEY | ) | |

## MOTION TO WITHDRAW REPRESENTATION

**COMES NOW, JOSEPH WILEY, JR.** counsel of record in the above style case and files this Motion to Withdraw Representation and shows the Court as follows:

1.

Defendant contacted counsel and explained that he needed representation in the above and that he could pay attorney fees in installments since he was active duty military, however, he could not pay attorney fees sufficient in a lump sum.

2.

Attorney agreed to represent defendant and indicated that he would bill defendant in installments as the case progressed.

3.

Attorney has appeared in Montgomery at least on three occasions to represent defendant and has continued to represent defendant's interest in every aspect of these prceedings.

4.

Defendant has not paid attorney fees as promised and has prolonged counsel representation with false statements and deceit which delayed the filing of this motion until this time.

**WHEREFORE** Counsel prays that the Court would grant this motion and relieve him of his obligations in this matter.

Dates set in this matter as described above.

This the 10 day of October 2007.

Respectfully submitted,

S/Joseph Wiley, Jr.
Wiley Attorney
Bar Number:  ASB-2775-166J
Attorney for Defendant

JOSEPH WILEY, JR. AND ASSOCIATES
804 Second Avenue
P.O. Box 2036
Columbus, Georgia 31902-2036

Phone: (706) 327-2962
Fax:    (706) 327-2968

E-mail: josephwiley@knology.net

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CRIMINAL ACTION NO.** |
| ) | **3:07-CR78-WHA** |
| **DANIEL ABANATHEY** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following: Verne H. Speirs.

                                  Respectfully submitted,

                                  S/Joseph Wiley, Jr.
                                  Wiley Attorney
                                  Bar Number: ASB-2775-166J
                                  Attorney for Defendant

                                  JOSEPH WILEY, JR. AND ASSOCIATES
                                  804 Second Avenue
                                  P.O. Box 2036
                                  Columbus, Georgia 31902-2036

                                  Phone: (706) 327-2962
                                  Fax:   (706) 327-2968

                                  E-mail: josephwiley@knology.net