IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:07cr078-WHA |
| DANIEL ABANATHEY ) | |

## **ORDER**

This case is before the court on the Motion to Withdraw Representation (Doc. #27), filed by Joseph Wiley, Jr. on October 10, 2007.

It is hereby ORDERED that the motion is DENIED.  *See* Notice to Retained Criminal Defense Attorney (Doc. #9) served on Mr. Wiley on May 21, 2007.  Mr. Wiley is ORDERED to be present in court with his client for sentencing as scheduled, on October 31, 2007, at 2:00 p.m.

DONE this 10th day of October, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE