IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:07cr078-WHA |
| DANIEL ABANATHEY ) | |

**ORDER**

For the reasons stated in open court at the sentencing hearing held in this case on October 31, 2007, it is hereby ORDERED as follows:

1. Joseph Wiley, Jr.'s oral Motion to Withdraw from his representation of the Defendant, to which the Defendant has agreed and joined in, is GRANTED, and Joseph Wiley, Jr. is allowed to withdraw as attorney of record for the Defendant.

2. The Federal Defenders are appointed as attorneys of record for the Defendant.

3. Sentencing of the Defendant is CONTINUED and is RESET for Thursday, December 6, 2007, at 2:00 p.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 1st day of November, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE