IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **V.** | ) CASE NO: 3:07-cr-0078-WHA |
| | ) |
| **DANIEL ABANATHEY** | ) |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Christine A. Freeman, and enters her appearance as counsel for **DANIEL ABANATHEY** in the above-styled matter.

Dated this 27th day of November 2007.

    Respectfully submitted,

    s/Christine A. Freeman
    CHRISTINE A. FREEMAN
    TN BAR NO.: 11892
    Attorney for DANIEL ABANATHEY
    Federal Defenders
    Middle District of Alabama
    201 Monroe Street, Suite 407
    Montgomery, AL 36104
    TEL:  (334) 834-2099
    FAX:  (334) 834-0353
    E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Verne Speirs, Esq.
>Assistant United States Attorney
>Montgomery, Alabama 36104

>Respectfully submitted,
>
>**s/Christine A. Freeman**
>**CHRISTINE A. FREEMAN**
>**TN BAR NO.: 11892**
>Attorney for DANIEL ABANATHEY
>Federal Defenders
>Middle District of Alabama
>201 Monroe Street, Suite 407
>Montgomery, AL 36104
>TEL: (334) 834-2099
>FAX: (334) 834-0353
>E-Mail: Christine_Freeman@fd.org