IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 3:07-cr-0078-WHA** |
| | ) | |
| **DANIEL ABANATHEY** | ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

NOW COMES the Defendant, Daniel Abanathey, by and through undersigned counsel, and respectfully moves this Court to continue the sentencing date of December 6, 2007, until a later date. In support of this Motion, defendant would show:

1. Undersigned counsel has been working with Assistant U.S. Attorney Verne H. Speirs on this matter and Mr. Speirs is currently out of town, due to surgery, and is not expected to return to work for some weeks. At the present time, we are in the process of negotiating the pending issues in this matter.

2. The government does not oppose a continuance of this matter.

3. Neither party will be prejudiced by a continuance in this matter.

WHEREFORE, Defendant prays that this Unopposed Motion to Continue Sentencing be granted.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Daniel Abanathey
Federal Defenders

1

>Middle District of Alabama
>201 Monroe Street, Suite 407
>Montgomery, AL 36104
>TEL:  (334) 834-2099
>FAX:  (334) 834-0353
>E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Verne H. Speirs, Esquire
>Assistant United States Attorney
>Montgomery, Alabama 36104

>Respectfully submitted,

>s/Christine A. Freeman
>**CHRISTINE A. FREEMAN**
>**TN BAR NO.: 11892**
>Attorney for Daniel Abanathey
>Federal Defenders
>Middle District of Alabama
>201 Monroe Street, Suite 407
>Montgomery, AL 36104
>TEL:  (334) 834-2099
>FAX:  (334) 834-0353
>E-Mail: Christine_Freeman@fd.org