IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 3:07-cr-0078-WHA |
| | ) | |
| DANIEL ABANATHEY | ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

NOW COMES the Defendant, Daniel Abanathey, by and through undersigned counsel, and respectfully moves this Court to continue the sentencing date of January 10, 2008, until a later date. In support of this Motion, defendant would show:

1. Undersigned counsel has been working with Assistant U.S. Attorney Verne H. Speirs on this matter and the parties have exchanged thoughts and a proposal for an amended plea agreement.

2. The government does not oppose a continuance of this matter.

3. Neither party will be prejudiced by a continuance in this matter.

WHEREFORE, Defendant prays that this Unopposed Motion to Continue Sentencing be granted.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Daniel Abanathey
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407

1

>Montgomery, AL 36104
>TEL:  (334) 834-2099
>FAX:  (334) 834-0353
>E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Verne H. Speirs, Esquire
>Assistant United States Attorney
>Montgomery, Alabama 36104

>Respectfully submitted,

>**s/Christine A. Freeman**
>**CHRISTINE A. FREEMAN**
>**TN BAR NO.: 11892**
>Attorney for Daniel Abanathey
>Federal Defenders
>Middle District of Alabama
>201 Monroe Street, Suite 407
>Montgomery, AL 36104
>TEL:  (334) 834-2099
>FAX:  (334) 834-0353
>E-Mail: Christine_Freeman@fd.org