IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:07cr078-WHA |
| DANIEL ABANATHEY ) | |

**ORDER**

Upon consideration of the Unopposed Motion to Continue Sentencing (Doc. #38), and for good cause shown, the motion is GRANTED, and it is hereby

ORDERED that sentencing of the Defendant currently set for February 20, 2008, is CONTINUED and RESET for Wednesday, March 19, 2008, at 2:00 p.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 19th day of February, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE