IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 3:07-cr-0078-WHA** |
| | ) | |
| **DANIEL ABANATHEY** | ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

NOW COMES the Defendant, Daniel Abanathey, by and through undersigned counsel, and respectfully moves this Court to continue the sentencing date of March 19, 2008, until a later date. In support of this Motion, defendant would show:

1. Undersigned counsel is still working with Assistant U.S. Attorney Verne H. Speirs on this matter and the parties have exchanged thoughts and a proposal for an amended plea agreement.

2. Undersigned counsel is in trial in Dothan, Alabama, beginning on March 17, 2008 and is expected to be in trial on March 19, 2008.

2. The government does not oppose a continuance of this matter.

3. Neither party will be prejudiced by a continuance in this matter.

WHEREFORE, Defendant prays that this Unopposed Motion to Continue Sentencing be granted.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Daniel Abanathey
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> Verne H. Speirs, Esquire
> Assistant United States Attorney
> Montgomery, Alabama 36104

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Daniel Abanathey
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org