IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) Case No. 3:07cr78-WHA |
| | ) |
| DANIEL ABANATHEY, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Unopposed Motion to Continue Sentencing (Doc. #40), and for good cause shown, the motion is GRANTED and it is hereby

ORDERED that sentencing of the Defendant is continued from March 19, 2008 and reset for Wednesday, April 2, 2008 at 2:00 p.m.

DONE this 17th day of March, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE