IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 3:07-cr-0078-WHA |
| | ) | |
| DANIEL ABANATHEY | ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

NOW COMES the Defendant, Daniel Abanathey, by and through undersigned counsel, and respectfully moves this Court to continue the sentencing date of April 2, 2008, until a later date. In support of this Motion, defendant would show:

1. Mr. Abanathey and his wife are meeting with doctors at Emory University hospital on Tuesday, April 1, regarding their infant son's heart condition and expect to learn at that time what treatment options must be pursued. On information and belief, the son's condition is deteriorating and surgery is expected to be scheduled.

2. The government does not oppose a continuance of this matter.

3. Neither party will be prejudiced by a continuance in this matter.

4. The parties have recently discussed a new proposal for resolution of this matter.

WHEREFORE, Defendant prays that this Unopposed Motion to Continue Sentencing be granted.

Respectfully submitted,

s/Christine A. Freeman
CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Attorney for Daniel Abanathey
Federal Defenders

1

>Middle District of Alabama
>201 Monroe Street, Suite 407
>Montgomery, AL 36104
>TEL: (334) 834-2099
>FAX: (334) 834-0353
>E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Verne H. Speirs, Esquire
>Assistant United States Attorney
>Montgomery, Alabama 36104

>Respectfully submitted,

>s/Christine A. Freeman
>**CHRISTINE A. FREEMAN**
>**TN BAR NO.: 11892**
>Attorney for Daniel Abanathey
>Federal Defenders
>Middle District of Alabama
>201 Monroe Street, Suite 407
>Montgomery, AL 36104
>TEL: (334) 834-2099
>FAX: (334) 834-0353
>E-Mail: Christine_Freeman@fd.org

2