IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:07cr078-WHA |
| DANIEL ABANATHEY ) | |

## ORDER

This case is before the court on the Unopposed Motion to Continue Sentencing (Doc. #42), filed by the Defendant on March 28, 2008.

For good cause shown, the motion is GRANTED, and it is hereby

ORDERED that sentencing of the Defendant is CONTINUED from April 2, 2008, to Thursday, April 17, 2008, at 2:00 p.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 31st day of March, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE