IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO: 3:07-cr-0078-WHA |
| ) | |
| DANIEL ABANATHEY ) | |

**MOTION TO CONTINUE SENTENCING**

NOW COMES the Defendant, Daniel Abanathey, by and through undersigned counsel, and respectfully moves this Court to continue the sentencing date of April 17, 2008, until a later date. In support of this Motion, defendant would show:

1. Mr. Abanathey and his wife are again meeting with doctors at Emory University hospital on May 6, regarding their infant son's heart condition and expect to learn at that time when surgery must be scheduled.

2. Neither party will be prejudiced by a continuance in this matter.

3. In addition, defense counsel requests further time for contacting military justice authorities regarding their position in this pending criminal matter.

WHEREFORE, Defendant prays that this Motion to Continue Sentencing be granted.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Daniel Abanathey
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099

1

>FAX: (334) 834-0353
>E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Verne H. Speirs, Esquire
>Assistant United States Attorney
>Montgomery, Alabama 36104

>>Respectfully submitted,

>>s/Christine A. Freeman
>>**CHRISTINE A. FREEMAN**
>>**TN BAR NO.: 11892**
>>Attorney for Daniel Abanathey
>>Federal Defenders
>>Middle District of Alabama
>>201 Monroe Street, Suite 407
>>Montgomery, AL 36104
>>TEL: (334) 834-2099
>>FAX: (334) 834-0353
>>E-Mail: Christine_Freeman@fd.org

2