IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:07cr078-WHA-01 |
| DANIEL ABANATHEY ) | |

**ORDER**

Consistent with rulings made in open court on April 17, 2007, it is hereby ORDERED as follows:

1. The Defendant's Motion to Continue (Doc. #44) is DENIED.

2. The Motion by the United States for Reduction in Criminal Offense Level for Acceptance of Responsibility by an Additional Third Point (Doc. #29) is DENIED, based on the Revised Presentence Report having reduced the offense level to a point where the Defendant is not eligible for the third point.

DONE this 18th day of April, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE